IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLYDE HIXSON, ) | 1:06cv0353 OWW DLB |
| ) | |
| ) | ORDER GRANTING |
| ) | EXTENSION OF TIME |
| ) | (Document 15) |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| JO ANNE BARNHART, Commissioner, ) | |
| ) | |
| Defendant. ) | |

On December 28, 2006, the parties stipulated to extend the time for filing Plaintiff's opening brief to January 29, 2007.  Plaintiff's request is GRANTED.  Plaintiff SHALL file his opening brief by January 29, 2007.

IT IS SO ORDERED.

   **Dated:   January 16, 2007**               **/s/ Dennis L. Beck**
3b142a                                                    UNITED STATES MAGISTRATE JUDGE

1