1 Gina Fazio, Esq. #225178
Law Offices of Jeffrey Milam
2 P.O. Box 26360
Fresno, California 93729
3 (559) 264-2800

4 Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| | |
|---|---|
| CLYDE HIXSON, | 1:06-CV-353 OWW DLB |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted an additional 7 day extension of time, until February 5, 2007, in which to file and serve Plaintiff's Opening brief. All remaining actions under the scheduling order filed, March 30, 2006, shall proceed under the time limit guidelines set therein.

/ /

/ /

/ /

/ /

/ /

| | | |
|---|---|---|
| 1 | Dated: January 29, 2007 | /s/ Gina Fazio |
| 2 | | GINA FAZIO, |
| | | Attorney for Plaintiff. |
| 3 | Dated: January 30, 2007 | |
| 4 | | MCGREGOR SCOTT |
| | | United States Attorney |
| 5 | | |
| 6 | | By: /s/ Kimberly A. Gaab |
| | | (as authorized via facsimile) |
| | | KIMBERLY A. GAAB |
| 7 | | Assistant U.S. Attorney |

IT IS SO ORDERED.

**Dated:   January 31, 2007**              **/s/ Dennis L. Beck**
3b142a                                              UNITED STATES MAGISTRATE JUDGE