1

Gina Fazio, Esq. #225178
Law Offices of Jeffrey Milam
P.O. Box 26360
Fresno, California 93729
(559) 264-2800

2

3

4

Attorney for Plaintiff

5

6

7

IN THE UNITED STATES DISTRICT COURT FOR

8

THE EASTERN DISTRICT OF CALIFORNIA

9

AT FRESNO

10

CLYDE HIXSON                )
                            )        1:06-CV-353 OWW DLB
                            )
        Plaintiff,          )        STIPULATION AND ORDER
                            )
vs.                         )
                            )
JO ANNE B. BARNHART,        )
Commissioner of Social      )
Security,                   )
                            )
        Defendant.          )
_____)

11

12

13

14

15

16

17

18

        IT IS HEREBY STIPULATED by and between the parties as follows: that

19

appellant be granted an additional 7 day extension of time, until February 5, 2007, in which

20

to file and serve Plaintiff's Opening brief.  All remaining actions under the scheduling

21

order filed, March 30, 2006, shall proceed under the time limit guidelines set therein.

22

/ /

23

/ /

24

/ /

25

/ /

26

/ /

27

28

1    Dated: January 29, 2007                    /s/ Gina Fazio

2                                               GINA FAZIO,
                                                Attorney for Plaintiff.
3
     Dated: January 30, 2007
4                                               MCGREGOR SCOTT
                                                United States Attorney
5
                                                By: /s/ Kimberly A. Gaab
6                                               (as authorized via facsimile)
                                                KIMBERLY A. GAAB
7                                               Assistant U.S. Attorney

8

9          IT IS SO ORDERED.

10       **Dated:    January 31, 2007**              **/s/ Dennis L. Beck**
         3c0hj8                              UNITED STATES MAGISTRATE JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28