1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

5

6

7                IN THE UNITED STATES DISTRICT COURT FOR

8                  THE EASTERN DISTRICT OF CALIFORNIA

9                              AT FRESNO

10 CLYDE HIXSON            )
                           )   1:06-CV-353 OWW DLB
11                         )
        Plaintiff,         )   STIPULATION AND ORDER
12                         )
   vs.                     )
13                         )
   JO ANNE B. BARNHART,    )
14 Commissioner of Social  )
   Security,               )
15                         )
        Defendant.         )
16 _____)

17

18     IT IS HEREBY STIPULATED by and between the parties as follows: that appellant

19 be granted an additional 7 day extension of time, until February 12, 2007, in which to file and

20 serve Plaintiff's Opening brief.  Another attorney in above firm will be substituting into this

21 case.  All remaining actions under the scheduling order filed, March 30, 2006, shall proceed

22 under the time limit guidelines set therein.

23 / /

24 / /

25 / /

26 / /

27 / /

28

1 | Dated: February 5, 2007

/s/ Gina Fazio

GINA FAZIO,
Attorney for Plaintiff.

Dated: February 5, 2007

MCGREGOR SCOTT
United States Attorney

By: /s/ Mark A. Win
(as authorized via facsimile)
MARK A. WIN
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:   **February 13, 2007**              /s/ **Dennis L. Beck**
9b0hie                                   UNITED STATES MAGISTRATE JUDGE