Gina Fazio, Esq. #225178
Law Offices of Jeffrey Milam
P.O. Box 26360
Fresno, California 93729
(559) 264-2800

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| | |
|---|---|
| CLYDE HIXSON ) | |
| ) | 1:06-CV-353 OWW DLB |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | |
| vs. ) | |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted an additional extension of time, until February 16, 2007, in which to file and serve Plaintiff's Opening brief.  All remaining actions under the scheduling order filed, March 30, 2006, shall proceed under the time limit guidelines set therein.

/ /

Dated: February 13, 2007 /s/ Gina Fazio

GINA FAZIO,
Attorney for Plaintiff.

Dated: February 13, 2007

MCGREGOR SCOTT
United States Attorney

By: /s/ Mark A. Win
(as authorized via facsimile)
MARK A. WIN
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:   **February 14, 2007**                    **/s/ Dennis L. Beck**
9b0hie                                    UNITED STATES MAGISTRATE JUDGE