McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
MARK A. WIN
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8980
    Facsimile:  (415) 744-0134
    E-Mail: Mark.Win@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| CLYDE HIXSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE[1], ) <br> Commissioner of ) <br> Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | CIVIL NO. 1:06-CV-00353 OWW DLB <br><br> STIPULATION AND ORDER TO EXTEND TIME |

    The parties, through their respective counsel, stipulate that the time for filing defendant's opposition to plaintiff's opening brief be extended from March 19, 2007 to April 18, 2007.

    This is defendant's first request for an extension of time to file a response to plaintiff's opening

---

[1] Michael J. Astrue became the Commissioner of Social Security on February 12, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should, therefore, be substituted for Commissioner Jo Anne B. Barnhart as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

brief. Defendant needs the additional time to further review the file and prepare a response in this matter.

                                Respectfully submitted,

Dated: March 16, 2007                /s/ Charles D. Oren
                                (As authorized via telephone)
                                CHARLES OREN
                                Attorney for Plaintiff

Dated: March 16, 2007                McGREGOR W. SCOTT
                                United States Attorney
                                LUCILLE GONZALES MEIS
                                Regional Chief Counsel, Region IX
                                Social Security Administration

                                /s/ Mark A. Win
                                MARK A. WIN
                                Special Assistant U.S. Attorney

     IT IS SO ORDERED.

     **Dated:**  **March 19, 2007**              **/s/ Dennis L. Beck**
9b0hie                                          UNITED STATES MAGISTRATE JUDGE