1  Charles D. Oren, Esq., #103038
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| | |
|---|---|
| CLYDE HIXSON,         )<br>                       )<br>        Plaintiff,   )<br>                       )<br>vs.                    )<br>                       )<br>JO ANNE B. BARNHART,   )<br>Commissioner of Social )<br>Security,              )<br>                       )<br>        Defendant.     )<br>_____) | 1:06-CV-353 OWW DLB<br><br>STIPULATION AND ORDER |

   IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted a14 day extension of time, until May 17, 2007, in which to file and serve Plaintiff's Reply brief. All remaining actions under the scheduling order filed, March 30, 2006, shall proceed under the time limit guidelines set therein.

// 
// 
// 
// 
// 
// 
//

1 | Dated:  May 2, 2007                           /s/ Charles D. Oren

2 |                                                            CHARLES D. OREN, ESQ.
  |                                                            Attorney for Plaintiff.
3 | Dated: May 15, 2007

4 |                                                            MCGREGOR SCOTT
  |                                                            United States Attorney
5 |
  |                                                            By: /s/ Mark Winn
6 |                                                            (as authorized via facsimile)
  |                                                            MARK WINN
7 |                                                            Assistant U.S. Attorney

8 |

9 |

10 |       IT IS SO ORDERED.

11 |       **Dated:   May 15, 2007**                   **/s/ Dennis L. Beck**
   |                                                            UNITED STATES MAGISTRATE JUDGE
12 |

13 |

(lines 14–28 blank)